UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 23, 2022  **Time:** 27 minutes  **Judge:** WILLIAM H. ORRICK
2:12 p.m to 2:45 p.m.

**Case No.**: 21-cr-00202-WHO-1  **Case Name:** UNITED STATES v. Hamilton

**Attorney for Plaintiff:** Daniel Kassabian
**Attorney for Defendant:** Angela Chuang
Defendant **Robert Hamilton** – present, in custody

**Deputy Clerk:** Bhavna Sharma  **Court Reporter:** Belle Ball
**Interpreter:** n/a  **Probation Office:** Brian Casai

Sentencing Hearing conducted.

**Findings:**

Counsel confirm that the Court has reviewed all appropriate materials in preparation for the sentencing and that it is appropriate for sentence to be imposed at this time. Court imposes four level enhancement to the base offense over defense objection will be denied; the reason for denial is articulated as the Court reviews the sentencing guidelines with counsel. The Court addresses Mr. Hamilton and summarizes the factors considered in crafting an appropriate sentence. Sentence is pronounced as indicated below. Mr. Hamilton is advised of his right of appeal. Court notes the difficult time that Mr. Hamilton has spent in Santa Rita Jail.

Mr. Hamilton addressed the Court.

**Judgment:**

Mr. Hamilton is committed to the custody of the Bureau of Prisons for a term of 27 months as to Count 1 of the Indictment. Mr. Hamilton is placed on Supervised Release for a term of 3 years under the standard conditions in force in this District and additional special conditions as listed in the Judgment. Court orders sentence to run concurrent with any future state sentence yet to imposed in San Francisco Superior Court Case #21002192.  A Special Monetary Assessment of $100.00 is imposed. Fine is waived.

Mr. Hamilton forfeits any interest in the drugs, firearms, and ammunition seized in connection with his arrest.